IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD FEARS                                                                                    PETITIONER
ADC #99174

VS.                                    5:11CV00027 SWW-JTR

RAY HOBBS, Director,
                                                                                                RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 2nd day of November 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE